# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-50256

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2014

Lyle W. Cayce
Clerk

LOFTIN EQUIPMENT COMPANY, United States of America,
For the Use and Benefit of Loftin Equipment Company;
LOFTIN EQUIPMENT COMPANY,

> Plaintiffs-Cross Defendants - Appellees

v.

AMX VSS, L.L.C.; AMERICAN SAFETY CASUALTY INSURANCE
COMPANY, doing business as American Safety Claims Services,
Incorporated,

> Defendants-Third Party Plaintiffs - Appellants

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:12-CV-3

Before HIGGINBOTHAM, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

The court has heard oral argument and considered the briefs and
pertinent portions of the record in this case. Having done so, we conclude that
no reversible error of fact or law has been shown regarding the judgment of
liability against AMX and its surety American Safety, but the parties'

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

agreements were not sufficiently specific to override federal law regarding post-judgment interest. As to these parties, the judgment is AFFIRMED as REFORMED to reflect a post-judgment interest rate according to federal law.

We also conclude that the district court erred in refusing to allow the jury to consider issues pertaining to Brown Electric's breach of its contract with AMX, and we REVERSE and REMAND for further proceedings on that claim.[1]

The judgment of the district court is accordingly **AFFIRMED** as **REFORMED** in part and **REVERSED and REMANDED** in part.

---

[1] Given that Brown Electric lacked the financial resources to file a brief on appeal, and that Loftin was granted judgment against Brown Electric to the same extent as against AMX and American Safety, this remand is probably a pyrrhic victory at best, a potential waste of resources at worst.